| | |
|---|---|
| KALPANA SRINIVASAN (S.B. #237460)<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Telephone: 310-789-3100<br>Facsimile: 310-789-3150<br>ksrinivasan@susmangodfrey.com<br><br>BARRY BARNETT (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, Texas 75202<br>Telephone: 214-754-1900<br>Facsimile: 214-754-1933<br>bbarnett@susmangodfrey.com | MAX L. TRIBBLE, JR. (Pro Hac Vice)<br>JOSEPH S. GRINSTEIN (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002<br>Telephone: 713-651-9366<br>Facsimile: 713-654-6666<br>mtribble@susmangodfrey.com<br>jgrinstein@susmangodfrey.com<br><br>PATRICK C. BAGEANT (Pro Hac Vice)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Telephone: 206-516-3880<br>Facsimile: 206-516-3883<br>pbageant@susmangodfrey.com |

*Attorneys for Plaintiff*
*AMERICAN NAVIGATION SYSTEMS, INC.*

*[Additional Counsel list on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN NAVIGATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendants. | Case No. 3:14-cv-05298-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING THE JOINT CASE MANAGEMENT STATEMENT** |

1   Pursuant to the Court's Order (D.I. 101), Plaintiff American Navigation Systems, Inc.
2 ("AmNav") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics
3 America, Inc. (collectively "Samsung")[1] hereby submit this stipulation and proposed order
4 supplementing the parties' Joint Case Management Statement (D.I. 91).

5   WHEREAS AmNav alleges that both Samsung and Apple Inc. ("Apple") infringe the
6 same patent, U.S. Patent No. 5,902,347 (the "'347 Patent"), in two cases captioned *American*
7 *Navigation Systems, Inc. v. Apple, Inc.*, 3:14-cv-05297-JST ("Apple-AmNav case") and
8 *American Navigation Systems, Inc. v. Samsung Electronics Co., Ltd., et. al.*, 3:14-cv-05298-
9 JST ("Samsung-AmNav case"); and

10   WHEREAS the Court has ordered the parties to file a statement by March 18, 2015,
11 informing the Court if they agree to have ten common terms construed in total for both the
12 AmNav-Samsung and AmNav-Apple cases (in compliance with the ten-term limit in the local
13 patent rules) or to set a telephonic case management conference for March 25, 2015 at 4:00
14 p.m. if the parties could not file the statement (D.I. 101).

15   IT IS HEREBY STIPULATED AND AGREED that, pursuant to the Court's order
16 (D.I. 101), the parties will construe a total of ten common claim terms (or less) of the '347
17 Patent across both the AmNav-Samsung and AmNav-Apple cases, that the parties will have a
18 single claim construction hearing for both cases, and that the March 25, 2015 telephonic case
19 management conference is vacated.[2]

---

[1] According to its Supplemental Corporate Disclosure Statement (D.I. 69), Samsung Telecommunications America LLC merged into Defendant Samsung Electronics America, Inc. as of January 1, 2015, and no longer exists as a separate entity.

[2] Apple and AmNav are filing a substantively identical stipulation and proposed order in their case.

- 1 -

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND
[PROPOSED] ORDER
NO. 3:14-CV-05298-JST

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:    March 16, 2015 | Dated:    March 16, 2015 |
| 3 | | |
| 4 | By: __/s/ Barry Barnett_____ | By: __/s/ David Almeling_____ |

KALPANA SRINIVASAN (S.B. #237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933
bbarnett@susmangodfrey.com

MAX L. TRIBBLE, JR. (Pro Hac Vice)
JOSEPH S. GRINSTEIN (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
Facsimile: 713-654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

PATRICK C. BAGEANT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883
pbageant@susmangodfrey.com

*Attorneys for Plaintiff*
*AMERICAN NAVIGATION SYSTEMS, INC.*

MICHAEL K. PLIMACK (S.B. #133869)
mplimack@cov.com
CHRISTINE S. HASKETT (S.B. #188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Ph: (415) 591-6000
Fax: (415) 591-6091

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID S. ALMELING (S.B. #235449)
dalmeling@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: (415) 984-8700  Fax: (415) 984-8701

MISHIMA ALAM (S.B. #271621)
malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300  Fax: (202) 383-5414

*Attorneys for Defendants*
*SAMSUNG ELECTRONICS CO., LTD.,*
*SAMSUNG ELECTRONICS AMERICA,*
*INC.*

- 2 -

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT AND
[PROPOSED] ORDER
NO. 3:14-CV-05298-JST

**ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: March 16, 2015                     By: */s/ David Almeling*
                                                David Almeling

**CASE MANAGEMENT ORDER**

The above STIPULATION AND PROPOSED ORDER SUPPLEMENTING THE JOINT CASE MANAGEMENT STATEMENT is Approved and all parties shall comply with its Provisions.

IT IS SO ORDERED.

Dated:   March 17, 2015

_____
Hon.
United

*IT IS SO ORDERED*
Judge Jon S. Tigar

OMM_US:73459342.2

- 4 -

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER
NO. 3:14-CV-05298-JST