KALPANA SRINIVASAN (S.B. #237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933
bbarnett@susmangodfrey.com

MAX L. TRIBBLE, JR. (Pro Hac Vice)
JOSEPH S. GRINSTEIN (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
Facsimile: 713-654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

PATRICK C. BAGEANT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883
pbageant@susmangodfrey.com

*Attorneys for Plaintiff*
*AMERICAN NAVIGATION SYSTEMS, INC.*

*[Additional Counsel list on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN NAVIGATION SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>        Defendants. | Case No. 3:14-cv-05298-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE PENDING INTER PARTES REVIEW PROCEEDINGS** |

1    Plaintiff American Navigation Systems, Inc. ("AmNav") and Defendants Samsung
2 Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung")[1]
3 hereby submit this stipulation and proposed order.
4    WHEREAS, on March 6, 2015, Samsung, Apple Inc. ("Apple"), and non-party Google
5 Inc. filed two petitions with the U.S. Patent and Trademark Office ("PTO") for administrative
6 *inter partes* review of asserted U.S. Patent No. 5,902,347 ("'347 Patent"), numbered
7 IPR2015-00849 and IPR2015-00851.
8    WHEREAS, "Courts have inherent power to manage their dockets and stay
9 proceedings, including the authority to order a stay pending conclusion of a PTO
10 reexamination." *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988) (internal
11 citations omitted); *Advanced Micro Devices, Inc. v. LG Elecs., Inc.*, No. 14–cv–01012–SI,
12 2015 WL 545534, at *2 (N.D. Cal. Feb. 9, 2015).
13    WHEREAS, Samsung urges that it is in the interests of the Parties and the Court to
14 stay the above-captioned case pending final resolution of the *inter partes* review petitions and
15 associated proceedings pertaining to the '347 Patent.
16    WHEREAS, AmNav does not oppose a stay that would last until the PTO decides
17 whether to institute *inter partes* review (Dkt. No. 106).
18    IT IS HEREBY STIPULATED AND AGREED by and between AmNav and Samsung,
19 and subject to the approval of the Court, that:[2]
20    1.    The entirety of this case shall be stayed pending the decision by the PTO
21 whether to institute *inter partes* review in response to the two petitions. If the PTO institutes
22 *inter partes* review, the stay will continue through final resolution; in the event that the PTO
23 has not instituted *inter partes* review within the timeframe set forth by 35 U.S.C. § 314(b),
24 the stay will expire without further action by the Court.  All remaining hearings and deadlines

---

[1] Samsung Telecommunications America LLC merged into Defendant Samsung Electronics America, Inc. as of January 1, 2015, and no longer exists as a separate entity.  Dkt. No. 69.
[2] Apple and AmNav are filing a substantively identical stipulation and proposed order in their case.

- 1 -

STIPULATION AND [PROPOSED]
ORDER STAYING CASE PENDING
INTER PARTES REVIEW PROCEEDINGS
NO. 3:14-CV-05298-JST

1  set forth in the Initial Scheduling Order (Dkt. No. 102) are therefore hereby vacated.

2      2.   In the event the PTO (i) denies *inter partes* review on all petitioned grounds for any claim of the '347 Patent, or (ii) dismisses an *inter partes* review proceeding in whole or in part following institution, AmNav intends to file a motion requesting that the Court lift this stay. All briefing and argument pertaining to such a motion shall be conducted according to the Federal Rules, Local Rules, and Standing Orders of this Court.

1

2  Dated:    March 25, 2015                                   Dated:    March 25, 2015

3

4  By: __/s/ Barry Barnett___                                 By: __/s/ David S. Almeling_____

5  KALPANA SRINIVASAN (S.B. #237460)                          MICHAEL K. PLIMACK (S.B. #133869)
   SUSMAN GODFREY L.L.P.                                      mplimack@cov.com
6  1901 Avenue of the Stars, Suite 950                        CHRISTINE S. HASKETT (S.B. #188053)
   Los Angeles, California 90067-6029                         chaskett@cov.com
7  Telephone: 310-789-3100                                    COVINGTON & BURLING LLP
   Facsimile: 310-789-3150                                    One Front Street
8  ksrinivasan@susmangodfrey.com                              San Francisco, CA 94111
                                                              Ph: (415) 591-6000
9  BARRY BARNETT (Pro Hac Vice)                               Fax: (415) 591-6091
   SUSMAN GODFREY L.L.P.
10 901 Main Street, Suite 5100                                DARIN W. SNYDER (S.B. #136003)
   Dallas, Texas 75202                                        dsnyder@omm.com
11 Telephone: 214-754-1900                                    DAVID S. ALMELING (S.B. #235449)
   Facsimile: 214-754-1933                                    dalmeling@omm.com
12 bbarnett@susmangodfrey.com                                 MARK LIANG (S.B. #278487)
                                                              mliang@omm.com
13 MAX L. TRIBBLE, JR. (Pro Hac Vice)                         O'MELVENY & MYERS LLP
   JOSEPH S. GRINSTEIN (Pro Hac Vice)                         Two Embarcadero Center, 28th Floor
14 SUSMAN GODFREY L.L.P.                                      San Francisco, California  94111-3823
   1000 Louisiana, Suite 5100                                 Tel: (415) 984-8700  Fax: (415) 984-8701
15 Houston, Texas 77002
   Telephone: 713-651-9366                                    MISHIMA ALAM (S.B. #271621)
16 Facsimile: 713-654-6666                                    malam@omm.com
   mtribble@susmangodfrey.com                                 O'MELVENY & MYERS LLP
17 jgrinstein@susmangodfrey.com                               1625 Eye Street, NW
                                                              Washington, DC  20006
18 PATRICK C. BAGEANT (Pro Hac Vice)                          Tel: (202) 383-5300  Fax: (202) 383-5414
   SUSMAN GODFREY L.L.P.
19 1201 Third Avenue, Suite 3800                              *Attorneys for Defendants*
   Seattle, WA 98101-3000                                     *SAMSUNG ELECTRONICS CO., LTD.,*
20 Telephone: 206-516-3880                                    *SAMSUNG ELECTRONICS AMERICA,*
   Facsimile: 206-516-3883                                    *INC.*
21 pbageant@susmangodfrey.com

22 *Attorneys for Plaintiff*
   *AMERICAN NAVIGATION SYSTEMS, INC.*

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: March 25, 2015                    By:  */s/ David Almeling*
                                                             David Almeling

1   The above **STIPULATION AND [PROPOSED] ORDER STAYING CASE
2   PENDING INTER PARTES REVIEW PROCEEDINGS** is Approved and all parties shall
3   comply with its Provisions.

4   IT IS SO ORDERED.

6   Dated: March 27, 2015



Hon.
United

9   OMM_US:73459342.2