KALPANA SRINIVASAN (S.B. #237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933
bbarnett@susmangodfrey.com

MAX L. TRIBBLE, JR. (Pro Hac Vice)
JOSEPH S. GRINSTEIN (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
Facsimile: 713-654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

PATRICK C. BAGEANT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883
pbageant@susmangodfrey.com

*Attorneys for Plaintiff*
*AMERICAN NAVIGATION SYSTEMS, INC.*

*[Additional Counsel list on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN NAVIGATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | Case No. 3:14-cv-05298-JST <br><br> **STIPULATED MOTION TO DISMISS ALL ASSERTED CLAIMS OF U.S. PATENT NO. 5,902,347 AND [PROPOSED] ORDER** |

Plaintiff and Counter-Defendant American Navigation Systems, Inc. ("AmNav") and Defendants and Counter-Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung")[1] hereby submit this stipulated motion to dismiss and proposed order.

WHEREAS, on March 6, 2015, Samsung, Apple Inc. ("Apple"), and non-party Google Inc. filed two petitions with the U.S. Patent and Trademark Office ("PTO") for administrative *inter partes* review of asserted U.S. Patent No. 5,902,347 ("'347 Patent"), numbered IPR2015-00849 and IPR2015-00851.

WHEREAS, on September 20, 2016, the PTO issued its final decisions in both IPR proceedings, cancelling all asserted claims of the '347 Patent.

WHEREAS, AmNav did not appeal the PTAB's decision to the Federal Circuit, and the PTAB will therefore issue a certificate canceling the asserted claims of the '347 Patent.

IT IS HEREBY STIPULATED AND AGREED by and between AmNav and Samsung, and subject to the approval of the Court, that:

1. Pursuant to Fed. R. Civ. P. 41, AmNav and Samsung hereby move for an order dismissing AmNav's claims in this case WITH PREJUDICE and Samsung's counterclaims WITHOUT PREJUDICE.

2. Each party shall bear its own costs, expenses, and attorneys' fees associated with the claims and counterclaims dismissed by this Stipulated Dismissal.

---

[1] Samsung Telecommunications America LLC merged into Defendant Samsung Electronics America, Inc. as of January 1, 2015, and no longer exists as a separate entity. Dkt. No. 69.

Dated:     December 19, 2016

By: */s/ Kalpana Srinivasan*
       Kalpana Srinivasan

KALPANA SRINIVASAN (S.B. #237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ksrinivasan@susmangodfrey.com

BARRY BARNETT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933
bbarnett@susmangodfrey.com

MAX L. TRIBBLE, JR. (Pro Hac Vice)
JOSEPH S. GRINSTEIN (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
Facsimile: 713-654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

PATRICK C. BAGEANT (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883
pbageant@susmangodfrey.com

*Attorneys for Plaintiff*
*AMERICAN NAVIGATION SYSTEMS, INC.*

Dated:     December 19, 2016

By: */s/ David Almeling*
       David Almeling

MICHAEL K. PLIMACK (S.B. #133869)
mplimack@cov.com
CHRISTINE S. HASKETT (S.B. #188053)
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Ph: (415) 591-6000
Fax: (415) 591-6091

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID S. ALMELING (S.B. #235449)
dalmeling@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: (415) 984-8700  Fax: (415) 984-8701

MISHIMA ALAM (S.B. #271621)
malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300  Fax: (202) 383-5414

*Attorneys for Defendants*
*SAMSUNG ELECTRONICS CO., LTD.,*
*SAMSUNG ELECTRONICS AMERICA, INC.*

- 2 -

STIPULATED MOTION TO DISMISS
AND [PROPOSED] ORDER
NO. 3:14-CV-05298-JST

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: December 19, 2016          By: */s/ David Almeling*
                                       David Almeling

1

**[PROPOSED] ORDER OF DISMISSAL**

2

Having considered the Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff and Counter-Defendant American Navigation Systems, Inc. ("AmNav") and Defendants and Counter-Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") in this case, the Court GRANTS the motion in its entirety.

All claims of infringement of U.S. Patent No. 5,902,347 that AmNav raised or could have raised are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Samsung raised are dismissed WITHOUT PREJUDICE. It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

Dated: December 20, 2016

_____
THE HONORABLE JON. S. TIGAR
United States District Judge